IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-00021-BR

UNITED STATES OF AMERICA

v.

LAMONT DELMAR PARKER

ORDER

This matter is before the court on defendant's *pro se* motion for early termination of supervised release. (DE # 190.) The government filed a response. (DE # 192.)

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e).

Defendant has served half of a three-year term of supervised release. He provides no justification for his request for early termination, other than the fact that he has completed half of his supervisory term. The government opposes defendant's request. It notes that the United States Probation Office does not recommend early termination. (Id. at 4 n.1.)

Considering the record in this case, particularly the opinion of the United States Probation Office, the court finds that the interest of justice would not be served by the early termination of defendant's supervised release at this time. Defendant's motion is DENIED WITHOUT PREJUDICE. If defendant files another motion for early termination, the motion

shall state the position of his supervising probation officer.

This 13 October 2020.

_____
W. Earl Britt
Senior U.S. District Judge